1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  EDWARD DERMERSON,                        1:08-cv-00144 LJO-SMS (PC)

10         Plaintiff,                       ORDER TO SUBMIT APPLICATION
                                            TO PROCEED IN FORMA PAUPERIS
11     vs.                                  **OR**  PAY FILING FEE WITHIN 45 DAYS

12  JEANNE S. WOODFORD, et al.,

13         Defendants.
   _____/

14

15         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

16  1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17  pauperis pursuant to 28 U.S.C. § 1915.

18         Accordingly, IT IS HEREBY ORDERED that:

19         Within thirty (45) days of the date of service of this order, plaintiff shall submit the attached

20  application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

21  $350.00 filing fee for this action.  **No requests for extension will be granted**.  Within sixty (60)

22  days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust

23  statement for the six month period immediately preceding the filing of the complaint.

24         **Failure to comply with this order will result in a recommendation that this action be**

25  **dismissed.**

26  IT IS SO ORDERED.

27  **Dated: February 6, 2008**                    **/s/ Sandra M. Snyder**
   _____         UNITED STATES MAGISTRATE JUDGE
28