# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>             Plaintiff,<br><br>     v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-00144-LJO-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW MOOT MOTION<br><br>(Docs. 12 and 13) |

On March 24, 2008, plaintiff filed a motion seeking confirmation of payment of the filing fee. Plaintiff thereafter received the Court's orders rendering his motion moot and on March 26, 2008, plaintiff filed a request to withdraw his moot motion.

Plaintiff's request to withdraw his moot motion of March 24, 2008 is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    March 27, 2008**              /s/ Sandra M. Snyder
                                                                    UNITED STATES MAGISTRATE JUDGE

1