# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:08-cv-00144-LJO-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTIVE RELIEF, AND WITHDRAWING MOTION<br><br>(Docs. 15 and 20) |

On April 14, 2008, Plaintiff filed a motion seeking preliminary injunctive relief. On May 5, 2008, Plaintiff filed a request to withdraw his motion.

Plaintiff's request to withdraw his motion for preliminary injunctive relief, filed May 5, 2008, is HEREBY GRANTED, and Plaintiff's motion filed on April 14, 2008 is WITHDRAWN.

IT IS SO ORDERED.

**Dated:   May 8, 2008**              **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

1