1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| EDWARD DEMERSON, | CASE NO. 1:08-cv-00144-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING PARTIAL AMENDMENT FROM RECORD, AND REQUIRING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS OR SECOND AMENDED COMPLAINT WILL BE DEEMED THE OPERATIVE PLEADING |
| v. | |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | |
| _____ / | (Doc. 40) |

10

11

12

13

14

15

16        Plaintiff Edward Demerson, a state prisoner proceeding pro se, filed this civil rights action

17  pursuant to 42 U.S.C. § 1983 on January 29, 2008.  The Court dismissed Plaintiff's complaint, with

18  leave to amend, on September 22, 2008.  Plaintiff filed an amended complaint on October 27, 2008,

19  and on February 26, 2009, the Court ordered Plaintiff to effect service of the amended complaint

20  within one-hundred twenty days.  On June 24, 2009, Plaintiff filed a second amended complaint, and

21  on July 6, 2009, Plaintiff filed a partial amendment to his second amended complaint.[1]

22        Pleadings must be complete within themselves.  Forsyth v. Humana, Inc., 114 F.3d 1467,

23  1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220.  Plaintiff

24  may not add to his second amended complaint by submitting a separate amendment, and the July 6

25  partial amendment shall be stricken from the record.  Id.

26  ///

27

28

---

[1] Plaintiff erroneously titled his second amended complaint a third amended complaint.  Plaintiff's description of the pleading as a third amended complaint is disregarded.

1

1    Plaintiff has thirty days to file a third amended complaint that is complete within itself

2  without reference to any other pleading.  If Plaintiff fails to file a third amended complaint within

3  thirty days, his second amended complaint will be deemed the operative pleading and will be

4  screened by the Court.[2]  28 U.S.C. § 1915A.

5    Accordingly, it is HEREBY ORDERED that:

6    1.    Plaintiff's partial amendment to his second amended complaint, filed July 6, 2009,

7          is STRICKEN from the record;

8    2.    Plaintiff has **thirty (30) days** from the date of service of this order within which to

9          file a third amended complaint that is complete within itself; and

10   3.    If Plaintiff fails to file a third amended complaint within thirty days, his second

11         amended complaint will be treated as the operative pleading and will be screened by

12         the Court.

13

14  IT IS SO ORDERED.

15  **Dated:    December 15, 2009**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27    [2] Plaintiff has exercised his right to amend once as a matter of course, and may not amend without leave of
    court.  Fed. R. Civ. P. 15(a).
28