1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    EDWARD DEMERSON,           CASE NO. 1:08-cv-00144-LJO-SKO PC

10            Plaintiff,          ORDER DISCHARGING ORDER TO SHOW CAUSE

11    v.                         (Doc. 91)

12    JEANNE S. WOODFORD, et al.,

13            Defendants.      ORDER GRANTING PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT AGAINST DEFENDANT GREGORY, AND

14                              DIRECTING CLERK'S OFFICE TO SERVE

15                              COURTESY COPY OF ORDER ON SATF LITIGATION OFFICE AND CDCR LEGAL AFFAIRS

16

17 _____/      (Docs. 101 and 107)

18

19       Plaintiff Edward Demerson, a state prisoner proceeding pro se, filed this civil rights action

20 pursuant to 42 U.S.C. § 1983 on January 29, 2008.  On June 8, 2011, the Court ordered Defendants

21 Gregory and Hillard to show cause why default should not be entered against them for failing to

22 respond to Plaintiff's second amended complaint.  Defendant Hillard responded to the order and filed

23 a motion to dismiss.  Defendant Gregory did not respond and Plaintiff subsequently filed a motion

24 for entry of default against on July 18, 2011, and an amended motion for entry of default on August

25 15, 2011.

26       "When a party against whom a judgment for affirmative relief is sought has failed to plead

27 or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the

28 party's default."  Fed. R. Civ. P. 55(a).  Here, the United States Marshal certified that on May 12,

1

1   2011, personal service was effected on Defendant Gregory via Francisco Villa, Office Technician

2   at SATF.  (Doc. 85.)  Despite service of the order to show cause on the other defendants' attorney

3   of record, the Litigation Office at the California Substance Abuse Treatment Facility (SATF), and

4   the Legal Affairs Division of the California Department of Corrections and Rehabilitation (CDCR),

5   Defendant Gregory did not respond to the order to show cause or file a response to Plaintiff's second

6   amended complaint.  Given the evidence that personal service was effected, default must be entered

7   against Defendant Gregory.  Fed. R. Civ. P. 55(a).

8          Accordingly, it is HEREBY ORDERED that:

9   1.      The order to show cause filed on June 8, 2011, is DISCHARGED;

10  2.      Plaintiff's motions for entry of default are GRANTED and the Clerk of the Court

11          shall enter default against Defendant Gregory; and

12  3.      As a courtesy, the Clerk of the Court is DIRECTED to serve a copy of this order on

13          the Litigation Office at SATF and the Legal Affairs Division of CDCR.

17  IT IS SO ORDERED.

18  **Dated:    November 2, 2011                        /s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE