# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON, | CASE NO. 1:08-cv-00144-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING STATUS REPORT |
| v. | (Doc. 151) |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | |

Plaintiff Edward Demerson, a state prisoner proceeding pro, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2008.  On November 1, 2012, Plaintiff filed a status report.

Plaintiff's status report is non-responsive to any pending matter and it is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   December 3, 2012**            /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE

1