# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:08-cv-00144-LJO-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(Doc. 149) |

　　　　Plaintiff Edward Demerson, a state prisoner proceeding pro, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2008. This action is proceeding on Plaintiff's second amended complaint, filed on June 24, 2009, against Defendants Phillips, Campos, Amaro, Clausing, Bardonnex, Munoz, and Cartagina for using excessive physical force against Plaintiff, and against Defendants Munoz, Cartagina, Gregory, and Hillard for acting with deliberate indifference toward Plaintiff's resulting injuries, in violation of the Eighth Amendment of the United States Constitution.

　　　　On November 1, 2012, Plaintiff filed a motion seeking a settlement conference. Defendants opposed the motion on November 19, 2012.

　　　　The Court will set a settlement conference in cases such as this only if both sides believe one will be beneficial. In as much as Defendants do not believe a settlement conference will be beneficial, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:　　December 6, 2012**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1