# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON, | CASE NO. 1:08-cv-00144-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| JEANNE S. WOODFORD, et al., | (Doc. 165) |
| Defendants. | TEN-DAY DEADLINE |

Plaintiff Edward Demerson, a former state prisoner proceeding pro, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2008. This action is proceeding on Plaintiff's second amended complaint, filed on June 24, 2009, against Defendants Phillips, Campos, Amaro, Clausing, Bardonnex, Munoz, and Cartagina for using excessive physical force against Plaintiff, and against Defendants Munoz, Cartagina, Gregory, and Hillard for acting with deliberate indifference toward Plaintiff's resulting injuries, in violation of the Eighth Amendment of the United States Constitution.

Defendants filed a motion for summary judgment on October 29, 2012, and Plaintiff was subsequently granted multiple extensions of time to file an opposition or a statement of non-opposition to the motion. The most recent extension of time expired on April 8, 2013, but Plaintiff has not filed his response to Defendants' motion. Plaintiff was released from prison in January 2013, and he has had more than ample opportunity to file his response. (Doc. 162.)

///

///

Accordingly, it is HEREBY ORDERED that:

1. Within **ten (10) days** from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed, with prejudice, for failure to prosecute; and

2. <u>The failure to respond to this order will result in dismissal of this action, with prejudice</u>.

IT IS SO ORDERED.

**Dated:   April 23, 2013**            /s/  **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE