# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON, | Case No. 1:08-cv-00144-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO FILE PRETRIAL STATEMENT |
| v. | |
| JEANNE S. WOODFORD, et al., | |
| Defendants. | (Doc. 174) |
| | SEVEN-DAY DEADLINE |

Plaintiff Edward Demerson, a former state prisoner proceeding pro, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 29, 2008. Jury trial is set for February 11, 2014. Pursuant to the second scheduling order filed on July 22, 2013, Plaintiff's pretrial statement was due on or before November 8, 2013, but Plaintiff failed to comply with the order.[1]

Accordingly, Plaintiff is HEREBY ORDERED to show cause within **seven (7) days** from the date of service of this order why this action should not be dismissed, with prejudice, as a sanction against him for failing to obey a court order and failing to prosecute this action. **The**

///

///

///

---

[1] Plaintiff is no longer incarcerated and may not rely upon the prison mailbox rule to meet filing deadlines. *Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009).

**failure to comply with this order, or the failure to show good cause, will result in dismissal of this action, with prejudice**.

IT IS SO ORDERED.

    Dated:   **November 12, 2013**          /s/ **Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE