# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DEMERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>    Defendants. | Case No. 1:08-cv-00144-LJO-SKO (PC)<br>Appeal No. 14-15174<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COURTESY COPY OF MOTION FOR EXTENSION OF TIME ON APPELLATE COURT AND TERM MOTION<br><br>(Doc. 197) |

On August 19, 2014, Plaintiff/Appellant Edward Demerson filed a motion seeking an extension of time to file an appellate brief, to pay the filing fee, and to request transcripts. When the appellate court sets deadlines in the appellate case, any relief must be sought directly from the appellate court. The Court will direct the Clerk's Office to serve Plaintiff's motion on the appellate court as a one-time courtesy, but Plaintiff is placed on notice that any further motions brought improperly in this court will be summarily stricken from the record. Plaintiff is further informed that because there were no hearings in this and it was dismissed prior to trial, there are no transcripts.

Based on the foregoing, the Clerk's Office SHALL serve a copy of Plaintiff's motion on the appellate court and it shall term Plaintiff's motion on the docket pursuant to this order.

IT IS SO ORDERED.

Dated: **August 20, 2014**          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28